IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONIA SCOTT,** | : | **CIVIL ACTION NO. 1:22-CV-1451** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **CRAIG LOWE,** *et al.*, | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 13th day of October, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

2. Petitioner's motion (Doc. 7) for release pending the review of the habeas corpus petition is DENIED as moot.

3. A certificate of appealability shall not issue.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania